A CERTIFIED TRUE COPY

JAN 25 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JAN -9 2008

FILED
CLERK'S OFFICE

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-7)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). Since that time, 41 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 25 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 1-31-08

TEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

SCHEDULE CTO-7 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA SOUTHERN** | |
| CAS 3 07-2356 | Rogelio Larosa, et al. v. SmithKline Beecham Corp., et al. |
| **MINNESOTA** | |
| MN 0 07-4932 | John Baker, Jr., et al. v. SmithKline Beecham Corp., et al. |
| **NEW YORK NORTHERN** | |
| NYN 3 07-1335 | Vivian Scarbro v. SmithKline Beecham Corp., et al. |
| **NEW YORK WESTERN** | |
| NYW 1 07-847 | John Allen, Jr. v. SmithKline Beecham Corp., et al. |
| NYW 1 07-848 | Jennifer Johnson v. SmithKline Beecham Corp., et al. |
| NYW 1 07-849 | Michael T. Eusanio, etc. v. SmithKline Beecham Corp., et al. |
| NYW 1 07-850 | Gary Wright v. SmithKline Beecham Corp., et al. |
| NYW 6 07-6636 | Joyce Dorman v. SmithKline Beecham Corp., et al. |
| NYW 6 07-6637 | Leon Mimande v. SmithKline Beecham Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 5 07-3814 | Berrie Noe, Jr. v. SmithKline Beecham Corp. |